No. 03-6109. VAZQUEZ v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 03-6111. CLARK v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 03-6117. GOMEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 03-6122. FRANKLIN v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 03-6126. BONNER v. UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 03-6127. MEDINA-DILONE v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 02-1215. PRODUCER COALITION v. FEDERAL ENERGY REGULATORY COMMISSION ET AL.; and
No. 02-1265. EXXONMOBIL GAS MARKETING CO., A DIVISION OF EXXON MOBIL CORP. v. FEDERAL ENERGY REGULATORY COMMISSION. C. A. D. C. Cir. Joint motion of petitioners to defer consideration of petitions for writs of certiorari denied. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this motion and these petitions. Reported below: 297 F. 3d 1071.

No. 02-1448. POOLE, WARDEN v. DYAS. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. 

No. 02-1474. ALABAMA POWER CO. v. FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. 11th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition. 

No. 02-1569. AT&T CORP. ET AL. v. UNITED STATES. C. A. Fed. Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition. 

No. 02-1579. TEXAS v. THOMPSON. Ct. Crim. App. Tex. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.